IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-999-AP

Theresa P. Hunter,

      Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
    Frederick W. Newall, Esq.
    730 N. Weber, #101
    Colorado Springs, CO 80903
    (719) 633-5211
    Newallfrederickw@qwest.net

For Defendant:
Bonnie E. Sims
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

      **A.**      **Date Complaint Was Filed:** June 1, 2005.

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office:** June 22, 2005.

      **C.**      **Date Answer and Administrative Record Were Filed:** August 16, 2005.

## 4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The record is complete.

## 5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

There is no additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case raises no unusual claims or defenses.

## 7.  OTHER MATTERS

None.

## 8.  PROPOSED BRIEFING SCHEDULE

A.    **Plaintiff's Opening Brief Due:** October 13, 2005.

B.    **Defendant's Response Brief Due:** December 1, 2005.

C.    **Plaintiff's Reply Brief (If Any) Due:** December 12, 2005.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

B.    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.    **(X)  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    **(  )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7ᵗʰ day of September, 2005.

BY THE COURT:

**S/John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/ Frederick W. Newall

Frederick W. Newall
Attorney for Plaintiff

      Frederick W. Newall, Esq.

      730 N. Weber, #101
      Colorado Springs, CO 80903

      (719) 633-5211
      Newallfrederickw@qwest.net

Attorney for Plaintiff

s/ Bonnie E. Sims

By:
Bonnie E. Sims
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.