IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 05-cv-00999-RPM**

THERESA P. HUNTER,

        Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

        Defendant.

_____

ORDER FOR REMAND
_____

On this day the Court heard oral arguments of Frederick W. Newall, counsel for the plaintiff, and Teresa Abbott, counsel for the defendant.  For the reasons stated at the conclusion of the hearing, it is

ORDERED that the decision of the Administrative Law Judge is vacated and this matter is remanded for further proceedings consistent with the Court's oral rulings.

Dated:   February 21, 2006

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge