# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.:   **05-cv-00999-RPM**

**THERESA P. HUNTER,**

                              Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**,

                              Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is Plaintiff's Motion For Attorney Fees Under EAJA filed May 20, 2006.   The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $4,4419.80,  to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 22nd day of May, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch

                              THE HONORABLE RICHARD P. MATSCH
                               United States District Court Judge