UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:    **05-cv-00999-RPM**

**THERESA P. HUNTER,**

                      Plaintiff,

vs.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**,

                      Defendant.

## AMENDED ORDER FOR ATTORNEY FEES UNDER EAJA

The matter before the Court is Plaintiff's Motion to Amend Order For Attorney Fees Under EAJA filed May 23, 2006.   The Court being fully advised in the premises hereby grants said Motion.

IT IS FURTHER

**ORDERED** that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $4,419.80,  to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 23rd day of May, 2006.

                      BY THE COURT:

                      s/Richard P. Matsch

                      THE HONORABLE RICHARD P. MATSCH
                       United States District Court Judge